UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FREDDY MORON PUCCINI,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT DETROIT FIELD OFFICE DIRECTOR et al.,

Respondents.
/

Case No. 1:26-cv-2961

Honorable Paul L. Maloney

**OPINION**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee, detained at the North Lake Processing Center in Baldwin, Lake County, Michigan, initiated this action by filing a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) For the following reasons, the Court will dismiss Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 without prejudice.

## I. Procedural History

In Petitioner's § 2241 petition, Petitioner challenges the constitutionality of his current detention and asks the Court to, *inter alia*, order Petitioner's immediate release or order Respondents to provide an individualized bond hearing. (Pet., ECF No. 1, PageID.7.)

In an order entered on October 20, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 5.) Respondents filed their response on October 23, 2026. (Resp., ECF No. 6.)

## II. Relevant Factual Background

Petitioner is a citizen of Venezuela who entered the United States in July 2022, and, on October 4, 2026, was arrested by ICE agents. (Pet., ECF No. 1, PageID.6.) On October 14, 2026, Petitioner, through counsel, filed a petition for a writ of habeas corpus in *Moron Puccini v. Mullin* (*Moron Puccini I*), No. 1:26-cv-2941 (W.D. Mich.), (ECF No. 1). The Court dismissed the petition without prejudice because Respondents indicated their intention to comply with *Lopez-Campos v. Raycraft*, 175 F.4th 713 (6th Cir. 2026) and afford Petitioner a bond hearing if Petitioner requests a bond hearing in Immigration Court, and Petitioner had not exhausted his administrative remedies by requesting a bond hearing. Op. & J., *id*., (ECF Nos. 4, 5.)

On October 16, 2026, Petitioner filed this second § 2241 petition, challenging his detention and requesting the same relief as his first § 2241 petition in *Moron Puccini I*. (Pet., ECF No. 1.)

## III. Discussion

In the present action, Petitioner raises the same claims for relief previously set forth in *Moron Puccini I*. Therefore, for the same reasons discussed by the Court in *Moron Puccini I*, the Court will dismiss Petitioner's § 2241 petition without prejudice.

## Conclusion

For the reasons discussed above, the Court will enter a judgment dismissing Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 without prejudice.

Dated: November 6, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge